rari granted, 520 U. S. 1196.] Motion of National Association of Criminal Defense Lawyers for leave to file a brief as *amicus curiae* granted.

No. 97–5808 (A–210). MURPHY *v.* NETHERLAND, WARDEN. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 84, Orig.   UNITED STATES *v.* ALASKA, *ante,* p. 1;

No. 94–9498.   HEMPHILL *v.* HOUSING AUTHORITY OF THE CITY OF CHARLESTON ET AL., 516 U. S. 838;

No. 96–31.   SMITH *v.* CALIFORNIA FAIR EMPLOYMENT AND HOUSING COMMISSION ET AL., *ante,* p. 1129;

No. 96–1903.   ABBEY *v.* SVERDRUP CORP. ET AL., *ante,* p. 1122;

No. 96–5609.   CHRISTY *v.* MAGNUSON ET AL., *ante,* p. 1122;

No. 96–7326.   SCOTT *v.* NACHMAN, 520 U. S. 1107;

No. 96–7703.   CARTER *v.* AMTRAK NATIONAL RAILROAD PASSENGER CORPORATION, 520 U. S. 1213;

No. 96–7878.   MAXWELL *v.* TEXAS, 520 U. S. 1175;

No. 96–7929.   PEREZ *v.* UNITED STATES, 520 U. S. 1175;

No. 96–7957.   VEATCH *v.* UNITED STATES, 520 U. S. 1149;

No. 96–8405.   VASQUEZ *v.* OFFICE OF PERSONNEL MANAGEMENT ET AL., *ante,* p. 1122;

No. 96–8483.   TAPLIN *v.* JOHNSON, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION, 520 U. S. 1255;

No. 96–8491.   GANGI *v.* BAYBANK, FSB, ET AL., 520 U. S. 1256;

No. 96–8534.   SIDLES *v.* UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA, 520 U. S. 1267;

No. 96–8535.   SIDDIQUI *v.* NEW YORK, 520 U. S. 1267;

No. 96–8590.   HOWARD *v.* CASPARI, SUPERINTENDENT, MISSOURI EASTERN CORRECTIONAL CENTER, 520 U. S. 1234;

No. 96–8639.   IN RE RODRIGUEZ, 520 U. S. 1208;

No. 96–8668.   HART *v.* CALIFORNIA ET AL., 520 U. S. 1279;

No. 96–8681.   BERGNE *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, 520 U. S. 1279;

No. 96–8686.  CAUSEY v. UNITED STATES, 520 U. S. 1235;

No. 96–8699.  OBERUCH v. ARIZONA ET AL., 520 U. S. 1279;

No. 96–8722.  LEWIS v. SUPREME COURT OF CALIFORNIA ET AL., *ante*, p. 1106;

No. 96–8761.  MCBROOM v. FRANKLIN COUNTY BOARD OF ELECTIONS, *ante*, p. 1107;

No. 96–8803.  GRANT v. IN REM RELEASE BOARD ET AL., *ante*, p. 1123;

No. 96–8817.  LOYER v. LOYER ET AL. (two judgments), *ante*, p. 1123;

No. 96–8939.  BARBARY v. STURM ET AL., *ante*, p. 1125;

No. 96–8947.  IN RE CARNEY ET AL., *ante*, p. 1117;

No. 96–9014.  SMITH v. BILLER ET AL., *ante*, p. 1109;

No. 96–9038.  ELDER v. MERIT SYSTEMS PROTECTION BOARD, *ante*, p. 1109;

No. 96–9046.  TONEY v. UNITED STATES, *ante*, p. 1109;

No. 96–9071.  SHORT v. UNITED STATES, *ante*, p. 1110;

No. 96–9073.  BUNDY v. UNITED STATES, *ante*, p. 1110;

No. 96–9079.  BURNS v. UNITED STATES, *ante*, p. 1110;

No. 96–9094.  SCHWARZ v. MERIT SYSTEMS PROTECTION BOARD, *ante*, p. 1126;

No. 96–9115.  BANKS v. UNITED STATES ET AL., *ante*, p. 1110;

No. 96–9137.  BANNISTER v. BOWERSOX, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER, *ante*, p. 1126;

No. 96–9175.  COLLINS v. FARMERS HOME ADMINISTRATION ET AL., *ante*, p. 1127; and

No. 96–9237.  TINSLEY v. UNITED STATES, *ante*, p. 1128. Petitions for rehearing denied.

No. 95–1184.  GLICKMAN, SECRETARY OF AGRICULTURE v. WILEMAN BROTHERS & ELLIOTT, INC., ET AL., *ante*, p. 457. Petition of Wileman Brothers & Elliott, Inc., et al. for rehearing denied.  Petition of Gerawan Farming, Inc., et al. for rehearing denied.

No. 96–9070.  SMITH v. UNITED STATES, *ante*, p. 1110. Motion for leave to file petition for rehearing denied.

SEPTEMBER 16, 1997

No. 97–5032.  BLEDSOE v. UNITED STATES. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 46.